```
Label Matrix for local noticing          AMSHER Collection Services/T-Mobile      Bank of America
0419-3                                   700 Beacon Pkwy. W.                      PO Box 15222
Case 16-30151                            Ste. 30                                  Wilmington, DE 19886-5222
Western District of North Carolina       Birmingham, AL 35209
Charlotte
Wed Feb  3 14:42:58 EST 2016

Charlotte-Mecklenburg Hospital Authority Global Lending                           Liberty Mutual
PO Box 2270                              PO Box 311                               Two Wells Avenue
Davidson, NC 28036-5270                  Williamsburg, NY 10467-0311              Newton Center, MA 02459-3225


Medicredit                               Quantum 3 Group, LLC                     Charnita Doretha Rivens
PO Box 1629                              PO Box 788                               6539 Brushwood Drive
Maryland Heights, MO 63043-0629          Kirkland, WA 98083-0788                  Charlotte, NC 28262-3149


Robert G. McIntosh                       C. Lee Schwilm                           (p)SPRINGLEAF FINANCIAL SERVICES
PO Box 2270                              7520 East Independence Blvd. Suite 260   P O BOX 3251
Davidson, NC 28036-5270                  Charlotte, NC 28227-9499                 EVANSVILLE IN 47731-3251


Warren L. Tadlock                        Time Warner Cable                        United States Attorney
5970 Fairview Road, Suite 650            3140 W. Arrowood Road                    227 West Trade Street
Charlotte, NC 28210-2100                 Charlotte, NC 28273-0001                 Carillon Bldg, Suite 1700
                                                                                  Charlotte, NC 28202-1675


Waterhaven Homeowners Association, Inc.
c/o  Chris Kaqrrenstein, PC
10590 Independence Pointe Parkway
Suite 200
Charlotte, NC 28262



            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Springleaf Financial                     End of Label Matrix
3220 Wilkinson Blvd.                     Mailable recipients    15
Unit #4                                  Bypassed recipients     0
Charlotte, NC 28208                      Total                  15
```